UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY J. BOULDING,

    Plaintiff,

vs.

CORIZON HEALTH, INC., ET AL.,

    Defendants.
                                   /

No. 13-14325

District Judge Robert H. Cleland

Magistrate Judge R. Steven Whalen

## ORDER

Plaintiff, a *pro se* inmate in the custody of the Michigan Department of Corrections, has filed a Motion for Rule 26(f) Meeting [Doc. #10].

Although Defendants Corizon Health, Inc. and Steven Bergman have executed waivers of service, their answers are not yet due. More to the point, because plaintiff is a prisoner in the custody of the State of Michigan, this action is exempt from both initial disclosures under Fed.R.Civ.P. 26(a)(1) and the mandatory discovery planning conference under Fed.R.Civ.P. 26(f). *See* Fed.R.Civ.P. 26(a)(1)(B)(iv). Likewise, once Defendants have answered, discovery may proceed without the necessity of a Rule 26(f) conference. *See Sigers v. Bailey,* 2009 WL 2872814, *2 (E.D.Mich. 2009)(Duggan, J.)

Therefore, Plaintiff's motion [Doc. #10] is DENIED.


IT IS SO ORDERED.


Dated: January 8, 2014                s/ R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2014, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager to the
                                         Honorable R. Steven Whalen