UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOULDING,

       Plaintiff,                        No. 13-14325

v.                                      District Judge Robert H. Cleland
                                       Magistrate Judge R. Steven Whalen

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

       Defendants.

_____/

**ORDER**

      On January 6, 2015, I filed a Report and Recommendation ("R&R") that Plaintiff's complaint be dismissed without prejudice because he failed to exhaust his prison administrative remedies before filing suit in this Court, as required by 42 U.S.C. § 1997e(a). *See* Doc. #34. If this recommendation is accepted, the complaint will be dismissed, and there will be no discovery.

      Therefore, Plaintiff's Motion to Compel Discovery [Doc. #32] is DENIED WITHOUT PREJUDICE. If my R&R is not accepted, Plaintiff may renew his motion.

      IT IS SO ORDERED.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 9, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
