UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOULDING,

    Plaintiff,

v.                                      CASE NO: 13-CV-14325-DT

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order Overruling Objections, Adopting the Magistrate Judge's Report and Recommendation and Dismissing the Complaint without prejudice entered this date, March 24, 2015,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendants and against the Plaintiff.

Dated: March 24, 2015

                                                    ENTERED BY ORDER OF THE COURT

                                                    S/Lisa G. Wagner
                                                    LISA G. WAGNER, CASE MANAGER
                                                    AND DEPUTY CLERK TO
                                                    JUDGE ROBERT H. CLELEND